# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-16-00202-CR

---

**Magnum John Boyce, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
NO. D-1-DC-16-201233, HONORABLE KAREN SAGE, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Appellant Magnum John Boyce seeks to appeal from a judgment of conviction for the offense of attempted tampering with or fabricating physical evidence with intent to impair. *See* Tex. Penal Code § 37.09(c). The trial court has certified that this is a plea-bargain case and appellant has no right of appeal. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d) ("The appeal must be dismissed" if trial court does not certify defendant's right of appeal.).

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed for Want of Jurisdiction

Filed: May 27, 2016

Do Not Publish